IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., | * |
| | * |
| Plaintiff, | * |
| | * |
| vs. | *   No. 4:10-cv-00097-SWW |
| | * |
| | * |
| | * |
| LARRY ROBERTS, JIM REAVES, AND | * |
| JIM WASELUES, INDIVIDUALLY and d/b/a | * |
| RAZORBACK PIZZA; and RAZORBACK | * |
| PIZZA, LLC., an unknown business entity | * |
| d/b/a RAZORBACK PIZZA, | * |
| | * |
| Defendants. | * |

ORDER

Plaintiff J & J Sports Productions, Inc., a commercial distributor of sporting events, brought this action against Larry Roberts, Jim Reaves, and Jim Waselues, individually and d/b/a Razorback Pizza, and Razorback Pizza, LLC., an unknown business entity d/b/a Razorback Pizza, alleging defendants unlawfully exhibited one of plaintiff's licensed programs in violation of the Communications Act of 1934, as amended, 47 U.S.C. §§ 605 *et seq.*, and the Cable Television Consumer Protection and Competition Act of 1992, as amended, 47 U.S.C. §§ 553 *et seq*. Plaintiff also asserted a state law claim of conversion.

The parties have now entered into the following Stipulation of Dismissal:

**IT IS HEREBY STIPULATED** by and between Plaintiff J & J Sports Productions, Inc. and Defendants Jim Reaves and Jim Waselues, individually and d/b/a Razorback Pizza, and Razorback Pizza, LLC, an unknown business entity d/b/a Razorback Pizza, that the above-entitled action is hereby dismissed **without prejudice** against Jim Reaves and Jim Waselues, individually and d/b/a Razorback Pizza, and Razorback Pizza, LLC, an unknown business entity d/b/a Razorback Pizza, and subject to the Court's jurisdiction to enforce the settlement

agreement reached between the Parties.[1]

**IT IS FURTHER STIPULATED** that provided no Party referenced above has filed a motion to reopen this action by December 18, 2011, the dismissal shall be deemed to be **with prejudice**.

This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1). Each Party referenced-above shall bear its own attorneys' fees and costs.

*See* Document Entry #29.

The Court hereby dismisses this action pursuant to the terms of the parties' Stipulation of Dismissal as set forth above.

IT IS SO ORDERED this 25th day of July 2011.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE

---

[1] Defendant Larry Roberts, individually and d/b/a Razorback Pizza, was voluntarily dismissed by plaintiff on June 2, 2010. *See* Doc.# 6.